UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISAIAH KENNETH ROY,<br><br>　　　　Plaintiff,<br>　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Civil Action No. 07-2346 (EGS) |

**ORDER**

It is hereby

ORDERED that the April 2, 2008 Order for Meet and Confer Report [Dkt. #10] is VACATED. It is further

ORDERED that defendant shall file a dispositive motion by **July 7, 2008**. Plaintiff shall file his opposition by **August 7, 2008**, and defendant shall file a reply, if any, by **August 21, 2008.**

SO ORDERED.

　　　　　　　　　　　　Signed:　　EMMET G. SULLIVAN
　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　Dated:　　May 27, 2008